UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELIZABETH TRIMBLE,

    Plaintiff,

v.

    Case No. 2:15-cv-2472
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Jolson

Commissioner of
Social Security,

    Defendant.

## ORDER

This parties' Joint Stipulation to an Award of Attorney's Fees Under the Equal Access to Justice Act (ECF No. 28) is **GRANTED**.  Accordingly, Plaintiff is awarded an amount in total of $3,000 under 28 U.S.C. § 2412.

IT IS SO ORDERED.

\_\_5 - 20-2016\_\_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE